An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF
JEFFREY DICKERSON, BAR NO. 2690.

No. 62093

**FILED**

MAY 09 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

### *ORDER OF SUSPENSION*

This is an automatic review, pursuant to SCR 105(3)(b), of a Northern Nevada Disciplinary Board hearing panel's findings that attorney Jeffrey Dickerson violated multiple Rules of Professional Conduct and its recommendation that he be suspended for 18 months with conditions.

The State Bar brought three counts against Dickerson. The first count concerns Dickerson's conduct in federal district court that led to Dickerson being sanctioned over $1 million. Dickerson filed 15 actions related to the same litigation and engaged in inappropriate litigation practices. The second count concerns Dickerson's failure to properly disburse a settlement and his failure to address a conflict between his clients regarding the distribution of the settlement proceeds. In the final count, Dickerson failed to timely file a client's appeal with the Ninth Circuit Court of Appeals and did not promptly communicate the status of the appeal and the reason for the appeal's failure to the client.

14-15057

After a two-day disciplinary hearing, the hearing panel found that Dickerson violated RPC 1.1 (competence) (two violations), RPC 1.4 (communication), RPC 1.7 (conflict of interest: current clients), RPC 1.8 (conflict of interest: current clients: specific rules), RPC 1.15 (safekeeping property), RPC 3.1 (meritorious claims and contentions), RPC 3.2 (expediting litigation) (two violations), RPC 3.4 (fairness to opposing party and counsel), RPC 8.4 (misconduct) (three violations). The panel recommended that Dickerson be suspended for 18 months, and as a condition precedent to applying for reinstatement, that he pass the Professional Responsibility and Attorney Ethics portion of the State Bar Exam.

Having reviewed the record of the disciplinary proceedings and the briefs filed on appeal in this matter, we conclude that clear and convincing evidence supports the panel's findings that Dickerson committed the offenses charged. *See* SCR 105(2)(f). We further conclude that the panel's recommended discipline is appropriately tailored to Dickerson's misconduct. Accordingly, we approve the panel's recommendation that Dickerson be suspended for 18 months with conditions.

Accordingly, Jeffrey Dickerson is hereby suspended from the practice of law for 18 months. Dickerson must pass the Professional Responsibility and Attorney Ethics portion of the State Bar Exam as a condition precedent to applying for reinstatement. Upon petitioning for

reinstatement, Dickerson shall comply with SCR 116.  Dickerson shall comply with SCR 115.  The State Bar shall comply with SCR 121.1.

It is so ORDERED.

_____, C.J.
Gibbons

_____, J.
Pickering

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:    J. Thomas Susich, Chair, Northern Nevada Disciplinary Panel
David A. Clark, Bar Counsel
Jeffrey A. Dickerson
Kimberly K. Farmer, Executive Director, State Bar of Nevada
Perry Thompson, Admissions Office, U.S. Supreme Court

IN RE: DISCIPLINE OF JEFFREY DICKERSON          No. 62093

SAITTA, J., dissenting:

I respectfully dissent from the majority's decision because I feel a one-year suspension with additional conditions is more appropriately tailored to Dickerson's misconduct. In addition to the one-year suspension and as a condition precedent to reinstatement, I would order that Dickerson pay or otherwise resolve the outstanding sanctions imposed by the federal court. I would also require that Dickerson be supervised by an approved mentor attorney, and I would require that the supervising attorney submit bimonthly reports to the State Bar detailing Dickerson's progress. Finally, I would order that Dickerson successfully complete an ethics or professionalism course approved by the State Bar.

The purpose of attorney discipline is to protect the public. Because I feel that purpose would be best achieved by a one-year suspension and the conditions listed above, I dissent from the decision.

_____, J.
Saitta